No 3-26- CV-6 64- SVN

# KEITH D. NIZIANKIEWICZ
## P.O. BOX 280867 EAST HARTFORD, CT 06128-0067

Carol Rothermel
43 Crawford Terrace
Riverside, CT
203-273-3437

MAY 21 2026 PM12:05
FILED - USDC - BPT - CT

For Professional Services Rendered
Please Pay Upon Receipt

May 19, 2026

RE:  CAROL ROTHERMEL V JOHN KORFF, ET AL

SERVICE OF SUMMONS IN A CIVIL ACTION AND COMPLAINT

SERVICE ON JOHN KORFF, LESLIE KORFF AND ABRAM HEISLER, ESQ.

AMOUNT DUE    $ 375.00

* OFFICE # (860) 610-0295  *  E-MAIL – statemarshal@gmail.com  *www.ctprocess.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CAROL ROTHERMEL,**

V.

**JOHN KORFF, ET AL.,**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **3:26-CV-00664-SVN**

TO: **Abram Heisler, John Korff, Leslie Korff**
Defendant's Address:

*Abram J Heisler, Esq.*
*10 Wall Street*
*Lower level*
*Norwalk, CT 06850*

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Carol Rothermel**
**43 Crawford Terrace**
**Riverside, CT 06878**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – Josie Irizarry
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2026-05-01 09:34:36, Clerk USDC
CTD

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Abram J. Heisler, Esquire
was received by me on *(date)*  May 12, 2026

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paola Dragovcjc, Paralegal____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Abram J. Heisler, Esquire_____ on *(date)* May 14, 2026____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 50.00  for travel and $  75.00   for services, for a total of $125.00  0.00

I declare under penalty of perjury that this information is true.

Date:  May 15, 2026

_____
Servers signature

Eric Rubin, Process Server
Printed name and title

P.O. Box 280867
East Hartford, CT  06128
Servers address

Additional information regarding attempted service, etc: Please note:  Abram J. Heisler, Esq. was in his office on the telephone with a judge at the time of service and his paralegal Paola Dragovcjc stated that she was duly authorized to accept service.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CAROL ROTHERMEL,**

V.

**SUMMONS IN A CIVIL CASE**

**JOHN KORFF, ET AL.,**

CASE NUMBER: 3:26–CV–00664–SVN

TO: **Abram Heisler, John Korff, Leslie Korff**

Defendant's Address:

John Korff
5 Brownhouse Road
Old Greenwich, CT 06870

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Carol Rothermel**
**43 Crawford Terrace**
**Riverside, CT 06878**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – Josie Irizarry

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2026–05–01 09:34:36. Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Korff
was received by me on *(date)* May 12, 2026 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
Jonas Korff, Son_____ , a person of suitable age and discretion who resides there,
on *(date)* May 14, 2026____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 50.00  for travel and $ 75.00_____ for services, for a total of $ 125.00  XXXXX

I declare under penalty of perjury that this information is true.

Date:  May 15, 2026_____

_____
Servers signature

Eric Rubin, Process Server
Printed name and title

P.O. Box 280867
East Hartford, CT  06128
Servers address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CAROL ROTHERMEL,

V.

JOHN KORFF, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:26–CV–00664–SVN

TO: **Abram Heisler, John Korff, Leslie Korff**
Defendant's Address:

*Leslie Korff*
*5 Brownhouse Road*
*Old Greenwich, CT 06870*

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Carol Rothermel**
**43 Crawford Terrace**
**Riverside, CT 06878**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – Josie Irizarry
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2026- 05- 01 09:34:36. Clerk USDC
CTD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leslie Korff
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_Jonas Korff, Son_____ , a person of suitable age and discretion who resides there,
on *(date)* _May 14, 2026____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 50.00 for travel and $ 75.00 for services, for a total of $ 125.00 ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: __May 15, 2026___

_____
Servers signature

Eric Rubin, Process Server
_____
Printed name and title

P.O. Box 280867
East Hartford, CT  06128
_____
Servers address

Additional information regarding attempted service, etc: